UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 15-351-MWF(ASx)**                                Dated: **September 1, 2016**

Title:    Lynnette Downs -v- Target Corporation, et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                    None Present

PROCEEDINGS (IN CHAMBERS):         COURT ORDER

   Counsel having advised the Courtroom Clerk, Ms. Sanchez, that the matter has been resolved, the Court sets a hearing on Order To Show Cause Re Dismissal for October 3, 2016 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other dates are hereby vacated.

   IT IS SO ORDERED.

MINUTES FORM 90                                                     Initials of Deputy Clerk   rs
CIVIL - GEN