JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LYNNETTE DOWNS,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET, a Business Organization Form Unknown; TARGET CORPORATION, a Corporation; and Does 1 to 100, Inclusive,<br><br>    Defendant. | Case No. 2:15-cv-00351-MWF(ASx)<br><br>**ORDER RE STIPULATION OF DISMISSAL**<br><br>The Hon. Michael W. Fitzgerald |

IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Each party to bear his, her, its own fees and costs, including, but not limited to, attorney's fees, experts' fees, and any other costs with litigation.

IT IS SO ORDERED.

DATED: October 3, 2016

_____
Hon. Michael W. Fitzgerald